## 12476.  BRADLEY & CO. v. COCHRAN.

HILL, J.  An unrecorded contract retaining title in the vendor of personal property until full payment of the purchase-money is not good as against " the interests of third parties acting in good faith and without notice, who may have acquired a transfer or lien binding the same property." Civil Code (1910), § 3320.  It follows that in a contest between the holder of an unrecorded retention-of-title note and a creditor of its maker under a lien created by the levy of an attachment, judgment in favor of the latter was properly rendered; and the judge of the superior court did not err in refusing to sanction a petition for a writ of certiorari.  Civil Code (1910), §§ 3318 et seq.; *Southern Iron & Equipment Co.* v. *Voyles*, 138 *Ga.* 258 (4) (75 S. E. 248, 41 L. R. A. (N. S.) 375, Ann. Cas. 1916 D, 369); *North* v. *Goebel*, 138 *Ga.* 739 (5) (76 S. E. 46).

Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.
DECIDED OCTOBER 7, 1921.

Certiorari; from Murray superior court — Judge Tarver.  April 14, 1921.

*J. Roy McGinty, Jesse M. Sellers,* for plaintiffs in error.